# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HASSAN OLAWALE, | : |
|  | : |
| Plaintiff | :   Civil Action No. 2:25-cv-00340 |
|  | : |
| vs. | : |
|  | : |
| TRANS UNION, LLC, et al., | : |
|  | : |
| Defendants. | : |
|  | : |

## MOTION OF DEFENDANT, ROCKLOANS MARKETPLACE LLC, TO DISMISS AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant, RockLoans Marketplace LLC ("RockLoans"), hereby moves to dismiss Plaintiff's Amended Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief could be granted. In support of this motion, RockLoans incorporates by reference the accompanying Memorandum of Law. A proposed form of Order is attached.

Respectfully submitted,

*/s/ Christopher A. Reese*

Andew K. Stutzman (PA Atty No. 72922)
Christopher A. Reese (PA Atty No. 308939)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
F: (215) 564-8120
E:  astutzman@stradley.com, creese@stradley.com
*Attorneys for Defendant, RockLoans Marketplace LLC*

Dated: August 4, 2025

7610692v.1